■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER JACKSON, Appellant. [820 NYS2d 527]—Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered November 6, 2003, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Miller, J.P., Ritter, Luciano, Spolzino and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN KUAR, Appellant. [821 NYS2d 141]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Aloise, J.), imposed August 12, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Adams, Krausman, Spolzino and Lunn, JJ., concur.